AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

RAYMOND E. BLAKE
Plaintiff

v.

Ruth Ann Minner, Carl C. Danberg, James Baker, David Prado, Michael J. Szczerba, Shawn Margyniak
Defendant(s)

— 07 – 125 —

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, RAYMOND E. BLAKE declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

FILED
FEB 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration  HRYCI P.O. Box 9561 Wilm, DE 19809

    Inmate Identification Number (Required):  SBI #377092

    Are you employed at the institution? NO   Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   [ ] Yes   [X] No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    Performance Enterprises, 4-10-06, $500.00 per week, located on Ryan Rd. New Castle

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [X] Yes | [ ] No |
    | b. | Rent payments, interest or dividends | [ ] Yes | [ ] No |
    | c. | Pensions, annuities or life insurance payments | [ ] Yes | [ ] No |
    | d. | Disability or workers compensation payments | [ ] Yes | [ ] No |
    | e. | Gifts or inheritances | [X] Yes | [ ] No |
    | f. | Any other sources | [ ] Yes | [ ] No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. I'm a (cosmotology) certified welder and I did a lot of sidework as well as barber and landscapping bringing home at least an extra (one thousand Dollar) $1,000.00 per week on top of my weekly earnings.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?         ✓ Yes   ・・No

   If "Yes" state the total amount $ 100.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                ・・Yes   ✓ No

   If "Yes" describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   J- B - (Daughter) pay daycare, cloth, shelter, feed
   Q. E - (Stepson) cloth, shelter, feed - mental & Emotional support
   K. G - (Fiancee) Assist in rent, food, insurance etc... car payment,
   B. J. - (Brother) cloth, shelter, feed, mental & Emotional support etc...

   I declare under penalty of perjury that the above information is true and correct.

   2/16/07                     Raymond E. Blake
   DATE                        SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case 1:07-cv-00125-JJF     Document 1     Filed 02/28/2007     Page 4 of 4

RESIDENT HISTORY REPORT                                                Page 1 of 2

HRYCI
01/08/07 14:54                          07-125-
ST 006 / OPR KJG

SBI           : 377092
Resident Name : BLAKE, RAYMOND
Time Frame    : 01/13/2004 18:17 - 01/08/2007 14:54

FILED
FEB 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/13/2004 | 18:17 | Intake | 1 | cobra | A3211 | 0.54 | 0.54 |
| 01/15/2004 | 08:51 | Add | 4 | SED | D51 | 334.00 | 334.54 |
| 01/16/2004 | 15:12 | Add | 7 | SZG | G105 | 17.64 | 352.18 |
| 01/22/2004 | 06:02 | Order | 2 | WLH | B1002 | 58.57 | 293.61 |
| 01/29/2004 | 06:03 | Order | 2 | WLH | B1846 | 33.19 | 260.42 |
| 01/29/2004 | 07:48 | Order | 3 | WLH | C319 | 99.00 | 161.42 |
| 01/29/2004 | 09:58 | Credit | 3 | WLH | C332 | 7.60 | 169.02 |
| 01/30/2004 | 09:19 | Credit | 3 | WLH | C363 | 99.00 | 268.02 |
| 02/03/2004 | 12:12 | Add | 4 | RWW | D970 | 50.00 | 318.02 |
| 02/04/2004 | 08:29 | Order | 2 | DDT | B2640 | 50.56 | 267.46 |
| 02/05/2004 | 08:43 | Credit | 3 | WLH | C474 | 4.98 | 272.44 |
| 02/11/2004 | 06:00 | Order | 2 | DDT | B3742 | 36.49 | 235.95 |
| 02/11/2004 | 12:41 | Add | 4 | RWW | D1499 | 25.00 | 260.95 |
| 02/13/2004 | 14:00 | Add | 7 | SZG | G464 | 47.07 | 308.02 |
| 02/17/2004 | 08:26 | Add | 8 | RP | H803 | 25.00 | 333.02 |
| 02/18/2004 | 06:44 | Order | 2 | IM | B4630 | 60.00 | 273.02 |
| 02/18/2004 | 15:03 | Add | 4 | RWW | D1881 | 25.00 | 298.02 |
| 02/19/2004 | 10:38 | Withdrawal | 6 | PLF | F758 | 50.00 | 248.02 |
| 02/25/2004 | 06:06 | Order | 2 | IM | B5671 | 59.24 | 188.78 |
| 03/03/2004 | 14:19 | Order | 2 | DDT | B6844 | 40.19 | 148.59 |
| 03/04/2004 | 09:27 | Credit | 3 | WLH | C1139 | 4.49 | 153.08 |
| 03/09/2004 | 13:02 | Order | 2 | DDT | B7729 | 43.14 | 109.94 |
| 03/11/2004 | 09:01 | Order | 3 | WLH | C1232 | 1.66 | 108.28 |
| 03/16/2004 | 11:09 | Add | 7 | SZG | G763 | 39.20 | 147.48 |
| 03/16/2004 | 11:37 | Add | 4 | RWW | D3406 | 25.00 | 172.48 |
| 03/17/2004 | 11:43 | Order | 2 | DDT | B8901 | 29.80 | 142.68 |
| 03/17/2004 | 14:13 | Order | 3 | WLH | C1382 | 3.70 | 138.98 |
| 03/22/2004 | 13:14 | Add | 4 | CK | D3688 | 20.00 | 158.98 |
| 03/23/2004 | 13:43 | Order | 2 | DDT | B9882 | 59.97 | 99.01 |
| 03/30/2004 | 11:46 | Order | 2 | DDT | B10898 | 49.21 | 49.80 |
| 04/07/2004 | 10:49 | Order | 2 | IM | B11911 | 49.80 | 0.00 |
| 04/07/2004 | 13:11 | Credit | 3 | WLH | C1705 | 4.14 | 4.14 |
| 04/13/2004 | 11:47 | Rec Payment | 7 | SZG | G1141 | 0.74 | 3.40 |
| 04/13/2004 | 11:58 | Order | 2 | DDT | B12785 | 3.36 | 0.04 |
| 04/17/2004 | 11:14 | Add | 8 | RLT | H2415 | 50.00 | 50.04 |
| 04/20/2004 | 07:01 | Add | 7 | KTS | G1195 | 53.64 | 103.68 |
| 04/21/2004 | 05:59 | Order | 2 | DDT | B13806 | 59.78 | 43.90 |
| 04/26/2004 | 11:38 | Add | 4 | SED | D5535 | 50.00 | 93.90 |
| 04/27/2004 | 11:54 | Order | 2 | DDT | B14734 | 48.75 | 45.15 |
| 05/05/2004 | 13:11 | Order | 3 | WLH | C2006 | 39.83 | 5.32 |
| 05/11/2004 | 12:17 | Order | 2 | DDT | B16470 | 5.31 | 0.01 |
| 05/18/2004 | 09:54 | Add | 7 | KTS | G1891 | 20.16 | 20.17 |
| 05/18/2004 | 11:43 | Add | 4 | SED | D6675 | 20.00 | 40.17 |
| 05/19/2004 | 09:37 | Order | 2 | IM | B17560 | 35.80 | 4.37 |
| 05/21/2004 | 12:22 | Close | 6 | PLF | F3581 | 4.37 | 0.00 |
| 05/05/2005 | 10:58 | Reopen | 5 | DMF | E8086 | 11.48 | 11.48 |
| 05/09/2005 | 07:49 | Order | 2 | DDT | B62518 | 11.48 | 0.00 |
| 05/09/2005 | 14:55 | Add | 4 | SED | D25220 | 50.00 | 50.00 |
| 05/13/2005 | 09:36 | Credit | 9 | WLH | I3262 | 11.48 | 61.48 |
| 08/03/2005 | 09:43 | Close | 6 | kjg | F13116 | 61.48 | 0.00 |
| 08/26/2005 | 14:32 | Reopen | 5 | bsf | E10152 | 21.75 | 21.75 |
| 03/14/2006 | 14:39 | Close | 6 | kjg | F17643 | 21.75 | 0.00 |
| 09/09/2006 | 10:09 | Reopen | 5 | rharr | E17213 | 125.72 | 125.72 |
| 09/11/2006 | 11:10 | Reopen-Rev | 5 | kjg | E17244 | 125.72 | 0.00 |
| 09/11/2006 | 11:12 | Add | 5 | kjg | E17245 | 115.72 | 115.72 |
| 09/18/2006 | 05:53 | Order | 2 | WLH | B132856 | 59.92 | 55.80 |
| 09/25/2006 | 07:03 | Order | 2 | WLH | B134079 | 55.24 | 0.56 |
| 10/01/2006 | 10:04 | Add | 8 | GLD | H24625 | 45.00 | 45.56 |

```
RESIDENT HISTORY REPORT                                                          Page 2 of 2

HRYCI
01/08/07 14:54
ST 006 / OPR KJG

SBI           : 377092
Resident Name : BLAKE, RAYMOND
Time Frame    : 01/13/2004 18:17 - 01/08/2007 14:54

-------------------------------------------------------------------------------------
Date         Time    Type            ST   OPR    Receipt #       Amount      Balance
-------------------------------------------------------------------------------------

10/02/2006   09:08   Order            2   DDT    B135101          25.64        19.92
10/09/2006   06:55   Order            2   DDT    B136113          17.62         2.30
10/11/2006   12:54   Add              4   SEA    D56160           50.00        52.30
10/16/2006   10:28   Order            2   DDT    B137230          46.50         5.80
10/16/2006   11:14   Credit           2   DDT    B137278           3.32         9.12
10/16/2006   11:15   Rec Payment     10   bsp    J6299             8.50         0.62
10/23/2006   09:00   Order            2   DDT    B138340           0.59         0.03
10/24/2006   13:19   Add              4   SED    D57021           20.00        20.03
10/30/2006   08:24   Order            2   WLH    B139340          19.61         0.42
11/03/2006   08:33   Add              8   bsf    H25539           50.00        50.42
11/03/2006   13:00   Rec Payment     10   bsp    J6552             8.75        41.67
11/06/2006   10:27   Order            2   WLH    B140579          40.85         0.82
11/10/2006   11:31   Add              4   SED    D58044           13.00        13.82
11/13/2006   09:58   Order            2   WLH    B141460          13.76         0.06
11/14/2006   14:06   Add              4   SED    D58161           20.00        20.06
11/20/2006   08:55   Order            2   WLH    B142484          19.55         0.51
11/27/2006   13:03   Add              4   CAR    D58932           20.00        20.51
11/27/2006   13:34   Order            2   WLH    B143695          19.73         0.78
12/04/2006   09:33   Order            2   DDT    B144513           0.72         0.06
12/08/2006   11:25   Add              8   bsf    H26489           50.00        50.06
12/13/2006   11:10   Rec Payment     10   bsp    J7427             0.50        49.56
12/13/2006   14:13   Add              8   bsf    H26636           50.00        99.56
12/18/2006   10:11   Order            2   WLH    B146707          55.76        43.80
12/20/2006   13:46   Add              4   J      D60447           25.00        68.80
12/26/2006   12:25   Order            2   WLH    B147819          38.73        30.07
01/02/2007   08:44   Order            2   DDT    B148527          29.90         0.17
01/03/2007   10:24   Credit           3   WLH    C17189            2.13         2.30
01/07/2007   11:13   Add              8   GLD    H27309           20.00        22.30
```