(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Raymond E. Blake #377092

(Name of Plaintiff)          (Inmate Number)

HRYCI P.O.Box 9561 Wilm, DE 19809

(Complete Address with zip code)

(2)_____

(Name of Plaintiff)          (Inmate Number)

_____

(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Ruth Ann Minner

(2) Carl C. Danberg

(3) James M. Baker

(Names of Defendants)

(4) David Prado

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_ 0 7 - 1 2 5 -

(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

•✗• Jury Trial Requested

**FILED**

FEB 28 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned
IFP

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?   • (Yes)  • •No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims?   • (Yes)  • •No

C.   If your answer to "B" is Yes:

1.  What steps did you take?  I went to trial on charges and case was Dismissed (Favorable decision)

2.  What was the result?  CASE was Terminated or Dismissed (Favorable DECISION)

D.   If your answer to "B" is No, explain why not: _____

_____

III.   **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant:  Ruth Ann Minner

Employed as  Governor                    at  Delaware

Mailing address with zip code:  Tatnall Building, 150 William Penn Street 2nd Floor, Dover, DE 19901

(2) Name of second defendant:  Carl C. Danberg

Employed as  Attorney General        at  State of Delaware

Mailing address with zip code:  Attorney General's Office, 8th Floor Carvel State office Building, 820 N. French Street, Wilm, DE 19801

(3) Name of third defendant:  James M. Baker

Employed as  Mayor                    at          Wilmington, DE

Mailing address with zip code:  Louis L. Redding Building, 800 N. French Street, Wilm, DE 19801

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On June, 24th at or about 8:30 p.m. officer David Prado of Wilmington Police Dept. conspired with chief of Police Michael J. Szczerba to perform a unsurveillanced, unmonitored and unwarranted raid of the twenty-four hundred (2400) block of N. Tatnall St. City of Wilmington. Predominately

2. black area. Targeting Afro-American males. During this raid officer Prado attacked Plaintiff as well as assaulted by opening up Plaintiff's driver door aggressively grabbing Plaintiff by left arm while applying massive pressure and forcefully placed Plaintiff against car while forcfully digging into Plaintiff's

3. pockets seizing plaintiff's possessions, Arresting plaintiff illegally and placing plaintiff on "Drug Mug"/internet for false arrest which was knowingly supported by: Ruth Ann Minner, Carl C. Danberg, James M. Baker, Michael J. Szczerba, Shawn Margyniak whom all were in conspiratol collaboration in violating Plaintiff's constitutional rights.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the courts to hold above-said defendants accountable for their lack of supervision, management of staff and violating my legal and constitutional rights. I would like a thorough investigation of this matter.

2. I would like to be compensated for illegal arrest and false imprisonment which in return caused plaintiff to suffer "Ramifications" of the original Act. As A direct consequence of Defendant(s) unconstitutional disclosure, and invasion of privacy.

3. Injuries to plaintiff consist of, wrongful imprisonment, Defamation of character, Mass infamous publicity, Mental and physical duress, seperation of family, loss of parental bonding, and influence in developmentally formative years of child-rearing, loss of time and desprivation of society, loss of income as well as post-Traumatic stress.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16th_ day of _Feb._ , 2 _007_ .

_Raymond E. Blake_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Raymond E. Blake | : | CIVIL ACTION |
| PLAINTIFF | : | (Civil Rights Complaint) |
| | : | |
| VS. | | |
| | : | |
| Ruth Ann Miner, Governor | : | NO._____ ____ ____ |
| Carl C. Danberg, Attorney General | : | |
| Shawn Margyniak, Deputy Attorney General | : | |
| James M. Baker, Mayor | : | |
| Michael J. Szczerba, Police Chief | : | |
| David Prado, Police Officer | : | |
| DEFENDANT(S) | : | |

**AMENDED CIVIL RIGHTS COMPLAINT**

**I. JURISDICTION**

1. This is a civil action authorized by 42 U.S.C. § 1981(a), § 1983(b), § 1985(c), and (D) § 1986, to address the deprivation of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. §1331. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. § 2201 and 2202.

**II. PLAINTIFF**

2. Plaintiff, Raymond E. Blake was a resident of 26 Winchester Road Apt. J Newark, Delaware 19713 and presently resides at (HRYCI) HOWARD R. YOUNG CORRECTIONAL INSTITUTION, POST OFFICE BOX 9561, WILMINGTON DELAWARE 19809.

**III. DEFENDANT**

3. Defendant, Ruth Ann Minner, Governor, in the official capacity as Governor of the State of Delaware and all said- above branches of authority, is legally responsible for the management and supervision overall operations for each department.

4. Defendant, Carl C. Danberg, Attorney General, in official capacity as Attorney General of the State of Delaware and all said- above branches under his

authority, is legally responsible for the management and supervision of the over all operation(s) for each department.

5. Defendant, Shawn Margyniak, Deputy Attorney General, in official capacity as Deputy Attorney General for the New Castle County and all said- above branches under his authority, is legally responsible for the management and supervision of the overall operation(s) for each department.

6. Defendant, James M. Baker, Mayor, in official capacity as Mayor for the Wilmington, Delaware and all said- above branches under his authority, is legally responsible for the management and supervision of the overall operation(s) for each department.

7. Defendant, Michael J. Szczerba, Police chief, in official capacity as Police Chief for the Wilmington Police Department and all said- above officer(s) under his authority, is legally responsible for the management and supervision of the overall operation(s) for each officer.

8. Defendant, David Prado, Police officer, individually and official capacity as a Police Officer for the Wilmington Police Department, is legally responsible for the protection of citizens.

## IV.  FACTS

9. On June 24, 2006 at approximately 8:30p.m., Defendant, David Prado performed an illegal search of Plaintiff's person(s) and an unwarranted search of Plaintiff's mother's vehicle.

10. Defendant, Chief of Police, Michael J. Szczerba, allowed Defendant, Wilmington Police Officer Prado, to perform this unprofessional, unwarranted, no surveillance or monitor set up raid.

11. Defendant, Wilmington Police Officer, David Prado targeted the twenty four hundred (2400) block of North Tatnall Street for unknown reason(s). The twenty four hundred block is dominantly made up of African American nationality.

12. Defendant, Wilmington Police Officer, David Prado forced his way into Plaintiff's mother's white Lincoln town car where plaintiff and two (2) female occupants were stationary.

13. Defendant, Wilmington Police Officer, David Prado opened the car door and demanded that plaintiff, who was seated in the driver's seat with the vehicle keys on a key chain around the plaintiff's neck. "Get out of the car!" Defendant, David Prado had no cause for the detention or arrest, nor reasonable suspicion.

14. Defendant, Wilmington Police Officer, David Prado grabbed plaintiff by left arm and pulled him out of above- said position squeezing intensely at plaintiff's left arm.

15. Defendant, Wilmington Police officer, David Prado aggressively forced plaintiff up against plaintiff's mother's vehicle and performed an illegal search and seizure of plaintiff's person(s).

16. Defendant, Wilmington Police Officer, David Prado forcefully dug his hands into plaintiff's back pockets retrieving wallet with undisclosed amount of money which came up missing and was never mentioned in plaintiff's police report.

17. Defendant, Wilmington Police Officer, David Prado forcefully dug his hands into plaintiff's left and right pocket(s) retrieving drug and drug paraphernalia along with four hundred and forty one dollars ($441.00) U.S.C.

18. Defendant, Wilmington Police Officer, David Prado robbed plaintiff of wallet monies and physically assaulted plaintiff; maliciously detained, arrested and falsely imprisoned plaintiff.

19. Defendant, Mayor of New Castle County, James M. Baker willing and knowingly allowed plaintiff to be placed on Drug Mug slandering plaintiff's name and fame and defaming plaintiff's character.

20. Defendant, Governor of Delaware, Ruth Ann Minner willingly and knowingly allowed plaintiff to be placed on Drug Mug as well as internet without plaintiff ever being convicted of a crime.

21. Defendant, Attorney General for the State of Delaware, Carl C. Danberg conspired to violate civil and constitutional rights of plaintiff by allowing plaintiff to be maliciously imprisoned.

22. Plaintiff's claims were unable to be proven until the recent dismissal of entire case as well as materials by the Superior Court of New Castle County. Plaintiff's case was dismissed on grounds of unwarranted search 'Fruit of poisonous Tree'. On the night of June 24, 2006 Defendant, David Prado of the Wilmington Police violated plaintiff's Civil and Constitutional Rights (see: Exhibit 'A attached hereto)

## V. <u>LEGAL CLAIMS</u>

23. Defendant, Ruth Ann Minner, Governor for the State of Delaware is liable for reckless disregard and deliberate indifferences for civilian's right to be free from illegal searches and seizures by police officers, by not putting in place preventive policy measures for the rampant misconduct in the New Castle

County. Targeting African American violating 42 U.S.C. § 1981 Equal rights under the law.

24. Defendant, Carl C. Danberg, Attorney General for the State of Delaware conspired willingly and knowingly with the Defendant, James M. Baker, Mayor of Newcastle County in placing non-convicted person(s) on Drug Mug as well as internet are classified under 42 U.S.C. § 1985 and are not protected under 11th Amendment, immunity only shield prosecutors when in courtrooms, not concerning AG office as far as policy, customs and procedures; management and supervision over employees.

25. Defendant(s) David Prado of the Wilmington Police Department, Michael J. Szczerba chief of Wilmington Police are in collaboration of racial profiling in targeting African-American and minorities in the inner city of Wilmington Delaware both Defendants part took in violating plaintiff's 4th Amendment as well as civil and other constitutional rights.

26. Defendant, Shawn Margyniak Deputy Attorney General is in direct violation of Plaintiff's Civil and Constitutional rights by allowing plaintiff to be indicted under false pretense. § 1986 Action for neglect to prevent; every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, or are about to be committed and having power to prevent or the aid in the preventing commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured.

## VI.  INJURY

27. Above-said and named Defendant(s) actions caused ongoing injury, which Plaintiff suffers, the "Ramifications" of the original Acts. As a direct consequence of the Defendant's unconstitutional disclosure, and invasion of privacy, the injuries to plaintiff consist of, wrongful imprisonment, defamation of character, mass infamous publicity, mental and physical duress, separation of family, loss of parental bonding and influence in the developmentally formative years of child-rearing, loss of income, loss of time and deprivation of society as well as post-traumatic stress.

28. False allegations against Plaintiff were dismissed, defeated and or terminated, therefore granting plaintiff to precede pro se in civil suit since decision was favorable in plaintiff's behalf. See: Carpenter V. Nutter, 127 Cal. 61,59 P. 301; also Heck V. Humphrey cite as 114 S.ct. 2364 (1994).

WHEREFORE, Plaintiff respectfully prays that this court enter judgment, granting Plaintiff:

1) A declaratory judgment that the Defendants' acts, describe herein, violated Plaintiff's rights under the United States Constitution.

2) A preliminary and permanent injunction which:

a.) Prohibits the Defendants, their successor, agents and employees, and all other persons in active concert and participation with them from harassing, threatening or retailing in any way against Plaintiff because he filed this action, or against any person because they have submitted affidavits or testimony in this case on behalf of the Plaintiff.

3) Compensatory damages in the amount of **FIVE MILLION DOLLARS** ($5,000,000) from defendant, Ruth Ann Minner, Governor, to be paid to Plaintiff for "Consequential suffering."

4) Punitive and compensatory damages in the amount of **ONE HUNDRED THOUSAND DOLLARS** ($100,000), from the defendant, David Prado, Wilmington Police Officer; to be paid to plaintiff for "consequential suffering."

5) Punitive damages in the amount of **FIVE HUNDRED THOUSAND DOLLARS** ($500,000), from the defendant, Carl C. Danberg, Attorney General; to be paid to the plaintiff for "willingly conspiring" with the above-said defendants to violate plaintiff's Civil and Constitutional rights.

6) Punitive damages in the amount of **FIVE MILLION DOLLARS** ($5,000,000), from the Defendant, James M. Baker, Mayor; to be paid to plaintiff for "willingly conspiring" with above-said Defendants to violate plaintiff's Civil and Constitutional rights.

7) Punitive damages in the amount of **ONE HUNDRED THOUSAND DOLLARS** ($100,000), from the defendant, Shawn Margyniak, Deputy Attorney General, to be paid to plaintiff for "willingly conspiring" with the above-said Defendants to violate plaintiff's Civil and Constitutional rights.

8) Punitive damages in the amount of **FIVE HUNDRED THOUSAND DOLLARS** ($500,000), from the defendant, Michael J. Szczerba, chief of Wilmington Police Department, to be paid for "willingly conspiring" with the above-said Defendants to violate Plaintiff's Civil and Constitutional Rights.

9) A jury trail on all issues triable by jury.

10) Plaintiff's cost for this suit.

11) Such others and further relief as this court deems just, proper and equitable.

RESPECTFULLY SUBMITTED,

*Raymond E. Blake*                                    Date: 2/20/07

Raymond E. Blake
HRYCI
P.O.BOX 9561
Wilmington, DE 19809

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Raymond E. Blake,                                :        Civil Action
                 PLAINTIFF        :        (Civil Rights Complaint)
                                 :
                VS.                             :

Ruth Ann Miner, Governor                        :        NO._____
Carl C. Danberg, Attorney General               :
Shawn Margyniak, Deputy Attorney General        :
James M. Baker, Mayor                            :
Michael J. Szczerba, Police Chief               :
David Prado, Police Officer                      :
              DEFENDANT(S)        :

## VERIFICATION

I have read the foregoing amended Civil Rights complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify, under the penalty of perjury, that the foregoing is true and correct.

Executed at Wilmington, Delaware on Feb. 26, 2007

*Raymond E Blake*
_____
        Raymond E. Blake

SWORN TO AND SUBSCRIBE BEFORE ME
THIS 26 DAY OF Feb , 2007

_ _ _ _ _ _ _ _ _ _ _ _ _
      NOTARY

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Raymond E. Blake,                           :       Civil Action
                        PLAINTIFF            :       (Civil Rights Complaint)
                                             :
                        VS.                  :

Ruth Ann Miner, Governor                     :       NO._____ ____ ____ _____
Carl C. Danberg, Attorney General            :
Shawn Margyniak, Deputy Attorney General     :
James M. Baker, Mayor                        :
Michael J. Szczerba, Police Chief            :
David Prado, Police Officer                  :
                        DEFENDANT(S)         :

## CERTIFICATE OF SERVICE

I, Raymond E. Blake, Plaintiff, pro-se, hereby certify that this document titled "AMENDED CIVIL RIGHTS COMPLAINT", was given to "prisons officials" on this _____ day of _____. 2007, for the forwarding to the "original document" to the above court and copies to the defendants by certified mail- return receipt requested, via United States Postal service, first class postage pre-paid. The names and addresses of the named below:

Ruth Ann Minner
Tatnall Building
150 William Penn Street
2nd Floor
Dover, DE 19901


Carl C. Danberg
Attorney General's Office
8th Floor
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Michael J. Szczerba
Wilmington Police Department
Public Service Building
4th & Walnut Street
Wilmington, DE 19801


James M. Baker
Louis L. Redding Building
800 N. French Street
Wilmington, DE 19801


David Prado
Wilmington Police Department
Public Service Building
4th & Walnut Street
Wilmington, DE 19801


Shawn Marguniak
Attorney General's Office
8th Floor
Carvel State Office Building
820 North French Street
Wilmington, DE 19801


I, Raymond E. Blake, Plaintiff, certify under the penalty of perjury, that the foregoing is true and correct. 28 U.S.C. § 1746


RESPECTFULLY SUBMITTED


Raymond E. Blake
HRYCI
P.O.BOX 9561
Wilmington, DE 19809

Raymond Blake
SBI # 377092
PO Box 9561
H.R.Y.C.I.
Wilmington, DE 19809



CLERK
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801



