AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 CV 125 JJF

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __4 or 6__ COPIES OF AO FORM 85.

3/20/07
(Date forms issued)

Raymond E. Blake
(Signature of Party or their Representative)

RAYMOND E. BLAKE
(Printed name of Party or their Representative)

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT
Note: Completed receipt will be filed in the Civil Action

2007 MAR 22 PM 3:32

