3/20/07

To whom it may concern,

My name is RAYMOND E. BLAKE SBI #377092. And I am writting in regards of the Defendants named in my civil suite #07-125 JJF. I initially filed a 1983 form naming four Defendants and I attached an Amended Civil Rights complaint form naming two (2) additional parties involved as Defendants since there wasn't enough room on my 1983 form sheet. The parties names are SHAWN MARGYNIAK, Deputy Attorney General & MICHAEL J. SZCZERBA Chief of Police. I will like them served copies as defendants in my suite if it's not a problem. Thankyou for your time and patience!

sincerely,

Raymond E. Blake
RAYMOND E. BLAKE

multiple documents
CA 07-125 JJF

Raymond Ball
SBI # 370093
P.O. Box 9561
Wilmington DE 19809

WILMINGTON DE 197
21 MAR 2007 PM 3 T

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington DE 19801-3570

U.S.M.S.
X-RAY

2007 MAR 22 PM 3: 34