IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE,                :
                                 :
        Plaintiff,                :
                                 :
    v.                           :   Civ. Action No. 07-125-JJF
                                 :
RUTH ANN MINNER, CARL C.         :
DANBERG, JAMES M. BAKER,         :
DAVID PRADO, SHAWN MARGYNIAK,    :
and MICHAEL SZCZERBA,            :
                                 :
        Defendants.              :

**ORDER**

NOW THEREFORE, at Wilmington this / day of May, 2007, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall cause a copy of this order to be mailed to Plaintiff.

2. The Clerk of the Court is **DIRECTED** to add the new Defendants to the Court Docket Defendants, Deputy Attorney General Shawn Margyniak and Wilmington Chief of Police Michael J. Szczerba.

3. Plaintiff's claims against Defendants Governor Ruth Ann Minner, former Attorney General Carl C. Danberg, and Wilmington Mayor James M. Baker, are **DISMISSED** without prejudice as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

4. The Drug Mugs conspiracy claims against Shawn Margyniak and Michel J. Szczerba and the 42 U.S.C. § 1985 and § 1986 claims

against Margyniak are **DISMISSED** without prejudice.

5. The court has identified cognizable claims against Defendants Deputy Attorney General Shawn Margyniak (i.e., malicious prosecution), Wilmington Police Chief Michael J. Szczerba (i.e., unlawful search and seizure, conspiracy), and police officer David Prado (i.e., excessive force, unlawful search and seizure, false arrest, conspiracy). Plaintiff is allowed to **PROCEED** against these Defendants.

IT IS FURTHER ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), 4(i), and 4(j), Plaintiff shall complete and return to the Clerk of the Court **original** "U.S. Marshal-285" forms for **remaining Defendants Shawn Margyniak, Michael J. Szczerba, and David Prado, the chief executive officer for the City of Wilmington, Delaware** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to Del. Code Ann. tit. 10, § 3103(c). Plaintiff shall provide the Court with copies of the Complaint (D.I. 2) and the Amended Complaint (D.I. 7) for service upon remaining Defendants, the chief executive officer for the City of Wilmington, Delaware and the Delaware Attorney General. **Plaintiff is notified that the United States Marshal will not serve the Complaint and Amended Complaint until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal 285" forms for**

each remaining Defendant, the chief executive officer for the City of Wilmington, Delaware, and the Attorney General within 120 days from the date of this Order may result in the Complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).

2. Upon receipt of the form(s) required by paragraph 1 above, the United States Marshal shall forthwith serve a copy of the Complaint (D.I. 2), Amended Complaint (D.I. 7), this Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the Defendants so identified in each 285 form.

3. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a Defendant, the United States Marshal shall personally serve said Defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said Defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

4. Pursuant to Fed. R. Civ. P. 4(d)(3), a Defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the

"Return of Waiver" form are sent. If a Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

5. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

6. **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

7. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

                                             _____
                                             UNITED STATES DISTRICT JUDGE