7/11/07

To whom it may concern,

07-125 ; 07-230 ; 07-405

My name is Raymond E. Blake SBI #377092. And I'm A plaintiff in three pending cases in the District Court. The reason that I am writting is in regards to A docket sheet. I would like you to forward me A Docket sheet so I can know my status of litigation. And if it's possible can you please forward me A copy of the last sent notice or letter from the court, because the sgt. here at Delaware correctional center told me that my mail was misplaced, and I never received it.
        Thankyou for your time & patience!

                    Respectfully submitted,
                    Raymond C. Blake
                    Raymond E. Blake
                    D.C.C.
                    1181 PADDOCK, RD.
                    Smyrna, DE 19943



FILED

JUL 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM Raymond E. Blake 1 BTieR
SBI# 377092 UNIT Pretria 1 BTieR
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

12 JUL 2007 PM

$ 00.41°
JUL 12 2007
0004608975
MAILED FROM ZIP CODE 19977

OFFice of the Clerk
United states District Court
844 N. King Street, Lock box 18
wilmington, Delaware
19801 - 3570