IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
RAYMOND E. BLAKE,              :
                               :
        Plaintiff,             :
                               :
     v.                        :   Civ. Action No. 07-125-JJF
                               :
DAVID PRADO, SHAWN MARGYNIAK,  :
and MICHAEL SZCZERBA,          :
                               :
        Defendants.            :
```

## SUPPLEMENTAL SERVICE ORDER

WHEREAS, Plaintiff Raymond E. Blake filed this civil rights action pursuant to 42 U.S.C. § 1983 (D.I. 2, 7);

WHEREAS, on May 1, 2007, the Court entered an Order dismissing certain claims contained in the original Complaint and dismissing as Defendants Ruth Ann Minner, Carl C. Danberg, and James M. Baker and allowing Plaintiff to proceed with certain claims against Defendants David Prado, Shawn Margyniak, and Michael Szczerba (D.I. 8, 9);

WHEREAS, on May 30, 2007, Plaintiff filed an Amended Civil Rights Complaint (D.I. 10), and "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served", Fed. R. Civ. P. 15(a);

WHEREAS, at the time Amended Complaint was filed, the remaining Defendants had not yet been served;

WHEREAS, Plaintiff re-adds as Defendants Ruth Ann Minner, Carl C. Danberg, and James M. Baker even though they were previously dismissed by the Court; and

WHEREAS, the allegations in the Amended Complaint against Defendants Ruth Ann Minner, Carl C. Danberg, and James M. Baker, once again fail to state claim upon which relief may be granted;

THEREFORE, at Wilmington this 27 day of July, 2007, IT IS ORDERED that:

1. Defendants Ruth Ann Minner, Carl C. Danberg, and James M. Baker **SHALL NOT** be re-added as Defendants in this case.

2. This Order shall supplement the Court's May 1, 2007 Service Order. (D.I. 9.)

3. Plaintiff shall provide the Court with copies of the Amended Civil Rights Complaint (D.I. 10) for service upon remaining Defendants, the chief executive officer for the City of Wilmington, Delaware and the Delaware Attorney General. **Plaintiff is notified that the United States Marshal will not serve the Complaint and Amended Complaints until all copies have been received by the Clerk of the Court. Failure to provide the copies within 45 days from the date of this Order may result in dismissal of the case.**

4. Upon receipt of the form(s) required by paragraph 3 above, the United States Marshal shall forthwith serve a copy of the Complaint (D.I. 2), Amended Complaints (D.I. 7, 10), the May 1, 2007 memorandum opinion and Order (D.I. 8, 9), this Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the Defendants so identified in each

285 form.

                                                                  _/s/ Joseph J. Farnan, Jr._
                                                             UNITED STATES DISTRICT JUDGE