IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE
    Plaintiff

vs.

DAVID PRADO
MICHAEL J. SZCZERBA
SHAWN MARTYNIAK
    Defendant(s)

CIVIL ACTION
(CIVIL RIGHTS COMPLAINT)

NO. #07-125 JJF



FILED
SEP 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO APPOINT COUNSEL

Comes Now, Plaintiff, Raymond E. Blake, Pro se and respectfully requests that this Honorable Court grant this instant "motion" for the reason(s) that follow:

1. The plaintiff is currently housed at the (D.C.C.) Delaware correctional center, And has been housed there for the past (2) two months.

2. The plaintiff is currently being deprived of usage to the law library to establish an adequate case for pending lawsuit; A clear violation of his sixth (6th) Amendment right.

3. The plaintiff is not properly lettered in the law and due to pending lawsuit on members of this facility #07-230-JJF Amended complaint for denial of law library access; Plaintiff respectfully motions

to have appointed counsel to represent him in the above-said proceedings, where the grounds shall be levied and a fair litigation shall pursue.

WHEREFORE, the foregoing reasons, the plaintiff prays and respectfully requests that the Honorable court grant this instant "MOTION" which is A "MOTION TO APPOINT COUNSEL" for the above-said mentioned facts.

RESPECTFULLY SUBMITTED.,

_____
RAYMOND E. BLAKE
SBI # 377092
D.C.C.
1181 PADDOCK, RD.
SMYRNA, DE. 19977

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE
  Plaintiff

vs.

DAVID PRADO
MICHAEL J. SZCZERBA
SHAWN MARTYNIAK
  DEFENDANT(S)

CIVIL ACTION
(CIVIL RIGHTS COMPLAINT)

NO. #07-125 JJF

## CERTIFICATE OF SERVICE

I, Raymond E. Blake, Pro se and with respects of the court, hereby certify that on this 14th day of August, 2007, that I caused (1)one true correct copy of "MOTION TO APPOINT COUNSEL" to be served by mail upon the following party of record:

office of the clerk
United States District court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RESPECTFULLY SUBMITTED,

RAYMOND E. BLAKE
SBI# 377092
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977



Raymond E. Blake
1823 W. 4th Street
Wilm, DE 19805

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

