OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 13, 2007

TO:

**Raymond E. Blake**
SBI# 377092
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  U.S. Marshal 285 Forms**
         *Civ. No. 07-125 JJF*

Dear Mr. Blake:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/rwc                              PETER T. DALLEO
                                 CLERK

cc: The Honorable Joseph J. Farnan, Jr.
    U.S. Marshal
    Pro Se Law Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 13, 2007

TO:

**Raymond E. Blake**
SBI# 377092
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  U.S. Marshal 285 Forms**
         *Civ. No. 07-125 JJF*

Dear Mr. Blake:

    Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                               Sincerely,

/rwc                             PETER T. DALLEO
                                  CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     U.S. Marshal
     Pro Se Law Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 13, 2007

TO:

**Raymond E. Blake**
SBI# 377092
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civ. No. 07-125 JJF*

Dear Mr. Blake:

   Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/rwc                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.
    U.S. Marshal
    Pro Se Law Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 13, 2007

TO:

**Raymond E. Blake**
SBI# 377092
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

 **RE: U.S. Marshal 285 Forms**
 *Civ. No. 07-125 JJF*

Dear Mr. Blake:

 Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

 Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

 Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

 Sincerely,

/rwc                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.
    U.S. Marshal
    Pro Se Law Clerk