IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, | : |
|     Plaintiff, | : |
| v. | :    Civ. Action No. 07-125-JJF |
| DAVID PRADO, SHAWN MARGYNIAK, and MICHAEL SZCZERBA, | : |
|     Defendants. | : |

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 1, 2007, the Court entered an Order requiring Plaintiff to complete and return USM-285 forms for Defendants Shawn Margyniak, Michael J. Szczerba, David Prado, the Chief Executive Officer for the City of Wilmington, Delaware, and the Attorney General of Delaware, and informed Plaintiff that the United States Marshal would not serve the Complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within one hundred twenty (120) days from the date of the Order may result in the Complaint being dismissed or Defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 9);

WHEREAS, on May 30, 2007, Plaintiff filed an Amended Complaint, and on July 27, 2007, the Court entered a Supplemental Service Order requiring Plaintiff to submit, within forty-five

(45) days from the date of the Order, copies of the Amended Complaint for service upon Defendants (D.I. 13);

WHEREAS, the time has passed to submit the documents, and to date, neither the required USM-285 forms nor copies of the Amended Complaint have been received from Plaintiff;

THEREFORE, at Wilmington this __5__ day of October, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m). Plaintiff is not required to pay any previously assessed fees or the remaining balance of the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE