IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE,                  :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :   Civ. Action No. 07-125-JJF
                                   :
DAVID PRADO, SHAWN MARGYNIAK,      :
and MICHAEL SZCZERBA,              :
                                   :
        Defendants.                :

### ORDER

At Wilmington this 12 day of October, 2007, IT IS ORDERED that:

Plaintiff shall advise the Court of his correct mailing address within **twenty-one days** from the Date of this Order. Mail sent to Plaintiff was returned on September 21, 2007, as undeliverable. (D.I. 16.) Within the same time period, Plaintiff shall also advise the Court if he has been released from the Delaware Department of Correction. It is Plaintiff's obligation to inform the Court of any changes in his address.

**NOTE: Failure to timely comply with this Order shall result in dismissal of this case without prejudice.**

*[signature]*
UNITED STATES DISTRICT JUDGE