**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Raymond E. Blake | COURT CASE NUMBER: 07-125 JJF |
| DEFENDANT: Joseph R. Biden III | TYPE OF PROCESS: LAWSUIT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joseph R. Biden III

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Attorney General's office, 8th Floor, Carvel State Office Build. 820 N. French St. Wilm, DE. 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Raymond E. Blake
SBI #377092
D.C.C.
1181 Paddock, RD.
Smyrna, DE. 19977

Number of process to be served with this Form - 285: #1
Number of parties to be served in this case: #5
Check for service on U.S.A.: YES X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Raymond E. Blake
TELEPHONE NUMBER: (302) 286-7283
DATE: 8-10-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: BF
Date: 10-10-07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Keith Brady, Asst St. Solicitor

Date of Service: 10/24/07   Time: 1045 am

Signature of U.S. Marshal or Deputy

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   **FORM USM-285 (Rev. 12/15/80)**