IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. Action No. 07-125-JJF |
| | : |
| DAVID PRADO, SHAWN MARGYNIAK, | : |
| and MICHAEL SZCZERBA, | : |
| | : |
| Defendants. | : |

**ORDER**

WHEREAS, on October 5, 2007, the Court entered an order dismissing the case without prejudice for failure to timely submit USM-285 forms (D.I. 17);

WHEREAS, the USM-285 forms have been received;

WHEREAS, the Court entered an Order granting Plaintiff leave to proceed in forma pauperis and required him to pay the $350.00 filing fee, as determined by statute, and further assessed an initial partial filing fee of $16.14 (D.I. 4);

WHEREAS, Plaintiff has paid $16.14 towards the filing fee owed;

WHEREAS, Plaintiff notified the court that he has been released from prison and of his new address (D.I. 19);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899

(7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003).

THEREFORE, at Wilmington this 29 day of October, 2007, IT IS HEREBY ORDERED:

1. The October 5, 2007 dismissal Order (D.I. 17) is **VACATED** and the case is **REOPENED**.

2. Within thirty days from the date of this Order, Plaintiff shall either **PAY** the balance of filing fee owed ($333.86) **or SUBMIT** a new standard form application to proceed without prepayment of fees and affidavit so the Court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Plaintiff's failure to timely comply with this Order shall result in the dismissal of this case without prejudice.**

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE