10-28-2007

To whom it may concern,

My name is Raymond E. Blake Case #07-125 JJF and I've written a prior letter informing the court of my new mailing address. I guess the court never received my letter with the new information so I'm re-forwarding the info.

mailing Address → Raymond E. Blake
1821 W. 4th Street
Wilmington, DE. 19805

Please make the appropriate changes. Thank you for your time & patience!

Respectfully submitted,
Ray Blake

2007 OCT 30 PM 2:46
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Raymond E. Blake
1821 W. 4th St.
Wilm, DE 19805

WILMINGTON DE 197
29 OCT 2007 PM 2 L

Office of the clerk
United States District court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

