OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 29, 2007

TO: Raymond E. Blake
    SBI# 377092
    Sussex Community Correctional Center (SCCC)
    23207 DuPont Boulevard
    Georgetown, DE 19947

    **RE:** *Request for Copies of* **Docket Sheets; CA 07-125, 07-230, 07-405 and 07-749(JJF)**

Dear Mr. Blake:

    A letter has been received by the Clerk's office from you requesting copies of the docket sheets in the above noted civil actions.

    Copies of the docket sheets requested are enclosed, free of charge for this request only. Should you require copies in the future, (including docket sheets) please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

    Sincerely,

/ead                           PETER T. DALLEO
                              CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheets in 07-125; 07-230; 07-405
     and 07-749