12-5-07

To whom it may concern, 07-125
my name is Raymond E. Blake
SBI# 377092. And I'm writting, because
I've already forwarded copies of
my inmate account records for
various complaints and I'm still
incarcerated and I would appreciate
it if my previous account informat-
-ion can be utilized in this
application proceedure.
Thanks for your time & patience!



Respectfully
submitted,
Raymond C Blake
Raymond E. Blake
SCCC/SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE. 19947

Raymond E. Blake
SBI# 377-092
SCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947



WILMINGTON DE
06 DEC 2007 PM
USA 41

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

U.S.M.S.
X-RAY

19801+3570