IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, :
:
      Plaintiff, :
:
v. : Civ. Action No. 07-125-JJF
:
DAVID PRADO, SHAWN MARGYNIAK, :
and MICHAEL SZCZERBA, :
:
      Defendants. :

### ORDER

WHEREAS, on October 5, 2007, the Court entered an Order dismissing the case without prejudice for failure to timely submit USM-285 forms (D.I. 17);

WHEREAS, the Order stated that Plaintiff was not required to pay any previously assessed fees or the remaining balance of the filing fee;

WHEREAS, Plaintiff notified the Court that he was released from prison and of his new address (D.I. 19);

WHEREAS, the case was reopened on October 29, 2007 (D.I. 24);

WHEREAS, on November 29, 2007, Plaintiff notified the Court that he is again incarcerated (D.I. 27);

THEREFORE, at Wilmington this _10_ day of December, 2007, IT IS HEREBY ORDERED:

    1. Plaintiff's filing fee is reinstated in accordance with the Court's Order dated March 8, 2007 (D.I. 4).

    2. The Clerk of the Court is directed to send a copy of

this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE