IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND E. BLAKE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. 07-125-JJF |
| | : | |
| DAVID PRADO, SHAWN MARGYNIAK, and MICHAEL SZCZERBA, | : : : | |
| | : | |
| Defendants. | : | |

## **A N S W E R**

The defendant Shawn Martyniak answers the amended complaint as follows:

1. This is a legal contention for which no response is required.

2. Answering defendant has insufficient information to form a belief as to the truth of this paragraph.

3. Admitted that answering defendant is a Deputy Attorney General. The balance of the paragraph appears to be a legal contention for which no response is required.

4. – 30. Answering defendant denies any wrongdoing or illegal conduct, but has insufficient information to form a belief as to the truth of these paragraphs, and many paragraphs contain legal contentions for which no response is required.

## Affirmative and other Defenses

31. The complaint fails to state a legal claim, in whole or in part, and should be dismissed.

32. The claims are barred by the Eleventh Amendment of the U.S. Constitution.

33. The claims are barred by the appropriate statute of limitation or statute of repose.

34. Answering defendant is entitled to official immunity.

35. State law claims, if any, are barred by sovereign immunity under the Delaware Constitution and the State Tort Claims Act, 10 *Del.C.* § 4001 et seq.

36. Plaintiff's claims are barred, in whole or in part, due to the failure of plaintiff to exhaust his administrative remedies under State and Federal law.

37. Plaintiff's claims are barred, in whole or in part, based on the doctrine of issue or claim preclusion.

WHEREFORE, answering defendant requests judgment in his favor for all that is just and proper, with costs and attorney fees assessed against plaintiff.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorney for Shawn Martyniak

DATED:  December 31, 2007

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date indicated he caused a copy of this document to be served by U.S. Mail on the following:

| Raymond E. Blake<br>1821 W.4th Street<br>Wilmington, DE 19805 | Rosamaria Tassone, Esq.<br>City of Wilmington Law Dept.<br>800 French Street, 9th Floor<br>Wilmington, DE 19801 |
|---|---|

    /s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorney for Shawn Martyniak

DATED: December 31, 2007