IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, | : |
| | : |
| v. | : Civil Action No. 07-125-JJF |
| | : |
| DAVID PRADO, | : |
| Defendants. | : |

### ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, and on March 8, 2007, was granted leave to proceed *in forma pauperis* (D.I. 4);

WHEREAS, on December 10, 2007, Plaintiff filed a second request for leave to proceed *in forma pauperis* (D.I. 30);

NOW THEREFORE, IT IS HEREBY ORDERED that the second application for leave to proceed *in forma pauperis* (D.I. 30) is **DENIED** as **moot**.

May 16, 2008
DATE

UNITED STATES DISTRICT JUDGE