

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.'s X-RAY

07-125

1428  U.S. POSTAGE  PB2230370
7981  $00.420      MAY 22 08
9833                19947

MAY 2 1 2008
SCI MAILROOM

Raymond E. Blake
SBI# 377092
Sussex Correctional Institution (SCI)
P.O.
Geor

NIXIE    197  5C  1    25 05/23/08
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 19899001818    *1827-01751-23-15*

19899@0018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, | : |
| v. | : Civil Action No. 07-125-JJF |
| DAVID PRADO, | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, and on March 8, 2007, was granted leave to proceed in forma pauperis (D.I. 4);

WHEREAS, on December 10, 2007, Plaintiff filed a second request for leave to proceed in forma pauperis (D.I. 30);

NOW THEREFORE, IT IS HEREBY ORDERED that the second application for leave to proceed in forma pauperis (D.I. 30) is **DENIED** as **moot**.

May 16, 2008
DATE

UNITED STATES DISTRICT JUDGE