IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-125-JJF |
| DAVID PRADO, et al., | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

Plaintiff, a pro se litigant, was incarcerated at the time he filed this action pursuant to 42 U.S.C. § 1983 on February 28, 2007. (D.I. 2.) On May 28, 2008, an Order sent to Raymond E. Blake in a separate case, Civ. Action No. 07-230-JJF (D.I. 29), was returned indicating that Plaintiff had been released and is no longer incarcerated.

Under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003).

Within **THIRTY DAYS** from the date of this Order, Plaintiff Raymond E. Blake, shall either pay the filing fee owed **or** shall submit a new standard form application to proceed without prepayment of fees and affidavit so the Court may determine

whether he is still eligible to proceed in forma pauperis.

**NOTE: The failure of Raymond Blake to timely comply with this Order shall result in dismissal of his Complaint without prejudice.**

DATED: July 1, 2008

_____
UNITED STATES DISTRICT JUDGE