

07-125 JJF
07-405 JJF
07-749 JJF
07-783 JJF

8-22-08

To whom it may concern,

My name is Raymond E. Blake SBI # 377092, And I am writting to inform the Courts that I am incarcerated at the Sussex Correctional Institution, Georgetown DE. 19947 I would like all legal information forwarded to this legal address, so I can pursue my lawsuits. I'm involved in several case numbers and I intend on pursuing them all. So please forward all documents to this address:

Raymond E. Blake
SBI #377092 Pretrial #3
SCI    Rm #306
P.O. Box 500
Georgetown, DE. 19947



Raymond E. Blake
SBI# 377092 Pretrial #3
SUSSEX CORRECTIONAL INSTITUTION
PO BOX 500    Rm #306
GEORGETOWN, DE 19947-0500

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570