

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>FRAUD DIVISION (302) 577-8600<br>FAX (302) 577-6499<br>TTY (302) 577-5783 |

September 3, 2008

Raymond E. Blake
SBI 377092
P.O. Box 500
Sussex Correctional Institution
Georgetown, DE 19947

      RE: **Blake v. Prado, et al.,** C.A. No. 07-125-JJF

Dear Mr. Blake:

      On April 18, 2008, I filed and served on you defendant Shaun Martyniak's 1st Set of Interrogatories and Request for Production. (D.I. 34, 35) Under the federal rules you have thirty days to respond. You have not responded nor have you requested an extension of time to respond.

      I am enclosing an additional copy and ask that you respond by September 26, 2008. I thank you in advance for your cooperation in this matter.

                          Sincerely,

                          /s/ Marc P. Niedzielski
                        Deputy Attorney General

Enclosures
Cc    Clerk of the District Court (w/o enclosures)